**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEVEN J. STORTI

v. CA 05-539M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Defendant pursuant to this Court's Memorandum & Order issued on March 3, 2008, the Commissioner's motion to affirm is **GRANTED** and the Plaintiff's motion for reversal and remand is **DENIED**.

BY:

/s/Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**March 3, 2008**